590

389 A.2d 205

Gurrentz International Corporation v. Mrs. Ressler's Food Products Co., Appellant.

Submitted December 6, 1977. George Gershenfeld, for appellant; Stanton Dubin, for appellee.

Judgment affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.